IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


ANTONIO WHITLOW                                                                PLAINTIFF


v.                                       Civil No. 6:18-CV-06034


WILLFONG (Correctional Officer, ORCU)                          DEFENDANT


## ORDER

Before the Court is the Report and Recommendation filed June 26, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  (ECF No. 34.)  Judge Bryant recommends that Defendant Willfong's Motion for Summary Judgment (ECF No. 24) be granted and Plaintiff's Complaint be dismissed with prejudice.  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto.*

Accordingly, Defendant Willfong's Motion for Summary Judgment (ECF No. 24) should be and hereby is GRANTED, and Plaintiff's Complaint should be and hereby is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED**, this 6th day of August 2019.


.

                                              */s/Robert T. Dawson*
                                              ROBERT T. DAWSON
                                              SENIOR U.S. DISTRICT JUDGE